UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JORDAN NESTOR MENDOZA, on behalf of himself and :     Case No. 11-CV-3143
others similarly situated,     (KAM) (ALC)

                            Plaintiff,     STIPULATION OF
    DISMISSAL

    -against-

MANNA KOSHER PIZZA, INC. d/b/a NAOMI'S
KOSHER PIZZA, and EMANUEL DAHARI,

                          Defendants.
--------------------------------------------------------------X

The matter in the above-captioned action having been amicably resolved by and between plaintiff, Jordan Nestor Mendoza, and defendants Manna Kosher Pizza, Inc. d/b/a Naomi's Kosher Pizza, and Emanuel Dahari, upon negotiated terms, it is hereby stipulated and agreed, pursuant to Federal Rule of Civil Procedure 41(a), that the case shall be, and hereby is, dismissed without costs or attorneys' fees against any party.

CILENTI & COOPER, PLLC          NAIMARK & TANNENBAUM
Attorneys for Plaintiff               Attorneys for Defendants

_____         _____
Justin Cilenti, Esq.                   Sol Naimark, Esq.

Dated: October 17, 2011           Dated: October 17, 2011

So Ordered:
_____
Kiyo A. Matsumoto
U.S. District Judge

10/25/11